# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

_____

_____

_____

(Enter above full name of plaintiff or plaintiffs)

v.

_____

_____

_____

_____

(Enter above full name of defendant or defendants)

CV420-078

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes \_\_\_\_\_   No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiffs:  _____

       _____

       Defendants: _____

       _____

   2.  Court (if federal court, name the district; if state court, name the county):

       _____

   3.  Docket number:  _____

   4.  Name of judge assigned to case:  _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                                                 Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____   No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____
   _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

_____   _____
_____   _____
_____   _____
_____   _____

II. Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?   Yes ✓ No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes _____ No ✓

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___ No ✓

If yes, what was the result? _____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: _____
_____
_____
_____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _____
   Address: _____
   _____
   _____

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _____
   Position: _____
   Place of employment: _____
   Current address: _____
   _____

C. Additional defendants: _____
   _____
   _____
   _____
   _____
   _____

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Sept, 2019 I was transported to the Chatom county court house for my prelimanary hearing and while sitting in the Holding cell waiting to go inside to speak with the Judge my lawyer Ms. Stephaine Burgess come to talk with me about trying to get aboard in a higher court, and I never went into the court room or I've sign my papers waving my rights to a prelimanary Hearing. once we were done talking she leave, and I was taken back to CCDC without going inside the courtroom or signing any papers.

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

yes I feel that the courts should give me a Immediately release from Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of April, 2020

Prisoner No. 2019080087

(Signature of Plaintiff) Sylvester Davis

Mr. Sylvester Davis Jr.
1074 Carl Griffin Drive
Savannah, Georgia
31405

Office of the Clerk
United States District Court
Southern District of Georgia
P.O. Box 8286
Savannah, Ga. 31412



Chatham County Sheriff's Complex
This letter is being mailed by an inmate housed in this correctional facility. The administration has not reviewed the contents.