**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| SYLVESTER DAVIS, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-78 |
| v. | |
| ANTHONY BURTON, | |
| Defendant. | |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 19, 2020, Report and Recommendation, (doc. 5), to which Plaintiff has not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 5), as its opinion and dismisses Plaintiff's Complaint. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 24th day of November, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA